UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

McNALLY & ASSOCIATES, L.L.C.
STEPHEN B. McNALLY - (SM-5335)
93 Main Street, Suite 201
Newton, New Jersey 07860
(973) 300-4260
Attorneys for Barbara A. Welcome

Order Filed on February 24, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Barbara A. Welcome

Debtor.

Case No.: 15-34269(JKS)

Hearing Date: 02/23/2017

Judge: Sherwood

### ORDER APPROVING MORTGAGE MODIFICATION AGREEMENT
### WITH SELECT PORTFOLIO SERVICING, INC.

The relief set forth on the following pages, numbering two (2) is hereby **ORDERED**.

**DATED: February 24, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

**THIS MATTER** having been opened to the Court by Barbara A. Welcome, debtor in the above-captioned title 11 case (the "Debtor"), by and through her attorneys, McNally & Associates, L.L.C., upon the filing of the Debtors' Motion For Order Approving Mortgage Modification Agreement (the "Motion"); and the Motion having been served upon all creditors and parties-in-interest requiring notice pursuant to Fed.R.Bank.P. R. 4001(c) and R. 9014; and upon consideration of the Certification of Barbara A. Welcome in Support of Motion For Order Approving Mortgage Modification Agreement; and it having been determined after hearing on notice that the requirements for the proposed Mortgage Modification Agreement under Section 363(b) of the Bankruptcy Code have been met;

**IT IS**,

**ORDERED** that in accordance with 11 U.S.C. §363(b), the Debtor be, and hereby is authorized to execute and enter into the final modification agreement with Wells Fargo Home Mortgage, the primary terms of which are as follows:

| | |
|---|---|
| Recapitalized principal | $208,802.78 |
| Recapitalization Date | October 1, 2016 |
| First Payment Date | November 1, 2016 |
| Term | 180 months (15 years) |
| Interest rate | 5.0% |
| Monthly payment - P&I | $1,670.02 |
| Initial monthly payment w/ escrows | $ 679.79 |

all of which terms are set forth in the Modification Proposal dated as of October 13, 2016 attached to the Certification of the Debtor Barbara A. Welcome filed with this motion, related to the mortgage loan for the Debtor's primary residence located at 32 Hillside Avenue, Newton, New Jersey 07860.