| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| MILSTEAD & ASSOCIATES, LLC |
| By: Andrew M. Lubin   Atty. ID: AL0814 |
| 1 E. Stow Road |
| Marlton, NJ 08053 |
| (856) 482-1400 |
| File No. 201192 |
| Attorneys for Movant: Select Portfolio Servicing, Inc. as servicing agent for Towd Point Mortgage Trust 2017-1, U.S. Bank National Association, as Indenture Trustee |

Order Filed on January 15, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Barbara A. Welcome

Case No.: 15-34269-JKS
Chapter 13

Judge: John K. Sherwood

## ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY AS TO DEBTOR

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**

**DATED: January 15, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of Select Portfolio Servicing, Inc. as servicing agent for Towd Point Mortgage Trust 2017-1, U.S. Bank National Association, as Indenture Trustee under Bankruptcy Code section 362(a) for relief from the automatic stay pursuant to 11 U.S.C. § 362, as to Debtor, Barbara A. Welcome, as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following:

Real property more fully described as:

**32 Hill Side Ave, Newton, NJ 07860**

ORDERED that Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy laws; and it is further

ORDERED that the Movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.