UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

MILSTEAD & ASSOCIATES, LLC
By: Andrew M. Lubin   Atty. ID: AL0814
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
File No. 201192
Attorneys for Movant: Select Portfolio Servicing, Inc. as servicing agent for Towd Point Mortgage Trust 2017-1, U.S. Bank National Association, as Indenture Trustee

Order Filed on January 15, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Barbara A. Welcome

Case No.: 15-34269-JKS
Chapter 13

Judge: John K. Sherwood

## ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY AS TO DEBTOR

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**

**DATED: January 15, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of Select Portfolio Servicing, Inc. as servicing agent for Towd Point Mortgage Trust 2017-1, U.S. Bank National Association, as Indenture Trustee under Bankruptcy Code section 362(a) for relief from the automatic stay pursuant to 11 U.S.C. § 362, as to Debtor, Barbara A. Welcome, as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following:

Real property more fully described as:

**32 Hill Side Ave, Newton, NJ 07860**

ORDERED that Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy laws; and it is further

ORDERED that the Movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

```
                       United States Bankruptcy Court
                             District of New Jersey
In re:                                                        Case No. 15-34269-JKS
Barbara A. Welcome                                            Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin              Page 1 of 1          Date Rcvd: Jan 15, 2019
                             Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2019.
db             +Barbara A. Welcome,    32 Hillside Avenue,    Newton, NJ 07860-1202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2019 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for
               Towd Point Master Funding Trust 2014-08 bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
              Andrew M. Lubin    on behalf of Creditor    Towd Point Mortgage Trust 2017-1, U.S. Bank National
               Association, as Indenture Trustee bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for
               Towd Point Master Funding Trust 2014-08 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank Trust National Association
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Matthew C. Waldt    on behalf of Creditor    U.S. Bank Trust National Association
               mwaldt@milsteadlaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Towd Point Mortgage Trust 2017-1, U.S. Bank National
               Association, as Indenture Trustee rsolarz@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank Trust National Association
               rsolarz@kmllawgroup.com
              Stephen B. McNally    on behalf of Debtor Barbara A. Welcome steve@mcnallylawllc.com,
               jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
                                                                                             TOTAL: 9