**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee**

IN RE:

    BARBARA A. WELCOME

Order Filed on April 16, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

**Case No.:  15-34269 JKS**

**Hearing Date:  4/11/2019**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: April 16, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  BARBARA A. WELCOME

Case No.:  15-34269

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 04/11/2019 on notice to STEPHEN B MCNALLY

ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay off Chapter 13 case by 5/9/2019 or the case will be dismissed.