UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

**Order Filed on April 16, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

IN RE:

    BARBARA A. WELCOME

Case No.:  15-34269 JKS

Hearing Date:  4/11/2019

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: April 16, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): BARBARA A. WELCOME

Case No.: 15-34269

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 04/11/2019 on notice to STEPHEN B MCNALLY ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay off Chapter 13 case by 5/9/2019 or the case will be dismissed.

United States Bankruptcy Court
District of New Jersey

In re:                                                                           Case No. 15-34269-JKS
Barbara A. Welcome                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Apr 17, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2019.
db             +Barbara A. Welcome,   32 Hillside Avenue,   Newton, NJ 07860-1202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2019 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for
               Towd Point Master Funding Trust 2014-08 bkecf@milsteadlaw.com, alubin@milsteadlaw.com
              Andrew M. Lubin    on behalf of Creditor    Towd Point Mortgage Trust 2017-1, U.S. Bank National
               Association, as Indenture Trustee bkecf@milsteadlaw.com, alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for
               Towd Point Master Funding Trust 2014-08 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank Trust National Association
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Matthew C. Waldt    on behalf of Creditor    U.S. Bank Trust National Association
               mwaldt@milsteadlaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Towd Point Mortgage Trust 2017-1, U.S. Bank National
               Association, as Indenture Trustee rsolarz@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank Trust National Association
               rsolarz@kmllawgroup.com
              Stephen B. McNally    on behalf of Debtor Barbara A. Welcome steve@mcnallylawllc.com,
               jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
                                                                                              TOTAL: 9